United States Courts
Southern District of Texas
ENTERED

DEC 1 7 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John Block,<br>  Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. H-04-0081 |
| vs. | §<br>§<br>§ | |
| Union Oil Company of California,<br>  Defendant. | §<br>§ | A JURY IS DEMANDED |

### Order

On this date came on for consideration the Joint Motion to Dismiss with Prejudice by Plaintiff, John Block, and Defendant, Union Oil Company of California. The Court having considered same, is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims raised are DISMISSED WITH PREJUDICE with costs to be borne by the party incurring them.

This Order is final and disposes of all parties and all issues.

SIGNED this 15th day of Dec., 2004.

_____
United States District Judge